# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | **Case No.: 6:20-cv-06211-JLV** |
| **Plaintiffs,** : | |
| v. : | |
| : | |
| **AUM CORP OF PAINTED POST,** : | |
| **A New York Corporation,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, by and through undersigned counsel, hereby move for default against the Defendant, AUM CORP OF PAINTED POST. Defendant was served with the summons and complaint on April 20, 2020 [DE 3]. Defendant's answer or responsive pleading was due May 11, 2020. Defendant has failed to file any response.

Respectfully submitted,

Attorney for Plaintiff:

  /s/ Tristan W. Gillespie

Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com