UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**DEBORAH LAUFER, Individually,**

                Plaintiff(s),

    v.                                                20-cv-6211

**AUM CORP OF PAINTED POST,**
**A New York Corporation,**

                Defendant(s).
_____

## CLERK'S ENTRY OF DEFAULT

    It appearing that Defendant(s)

**AUM CORP OF PAINTED POST, A New York Corporation,**

are (is) in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of May 21, 2020.


                                      MARY C. LOEWENGUTH
                                           Clerk of Court
                                    United States District Court


                                      By: s/Tricia M. Frisa
                                            Deputy Clerk